# ADEMI LLP

ATTORNEYS AT LAW

MILWAUKEE | MADISON

GURI ADEMI
SHPETIM ADEMI
JOHN D. BLYTHIN
MARK A. ELDRIDGE
JESSE FRUCHTER
BEN J. SLATKY
DENISE L. MORRIS

3620 EAST LAYTON AVENUE
CUDAHY, WISCONSIN 53110

TELEPHONE: (414) 482-8000
FACSIMILE: (414) 482-8001

October 21, 2020

*Via ECF*

Hon. J.P. Stadtmueller
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: *Shorey v. Amcol Systems, Inc.*
Case No. 20-cv-01163-JPS

Dear Judge Stadtmueller:

All parties in this action have reached a resolution of this action in principle. The parties are in the process of executing and exchanging documents. The parties expect that a stipulation or unopposed motion of voluntary dismissal will be submitted to the Court shortly, and within 45 days.

As such, Plaintiff respectfully requests that the Court not take any further action on this case. Also, the Parties request that Defendant not be required to file a responsive pleading in this matter. Plaintiff also suggests that the Court close this case administratively until a stipulation or unopposed motion of dismissal with prejudice is filed.

Very truly yours,
ADEMI LLP

/s/ Mark A. Eldridge
Mark A. Eldridge

CC (via ECF): Alyssa A. Johnson, attorney for Defendant
David M. Schultz, attorney for Defendant