# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMES SHOREY,

          Plaintiff,

v.

AMCOL SYSTEMS, INC.,

          Defendant.

Case No. 20-CV-1163-JPS

**ORDER**

On July 28, 2020, Plaintiff filed a complaint in the above-captioned matter alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and the Wisconsin Consumer Act ("WCA"), Wis. Stat. §§ 421–27. (Docket #1). On November 20, 2020, Plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs to either party. (Docket #11). No class has been certified in this case, and Defendant has served neither an answer nor a motion for summary judgment. Thus, the Court will adopt Plaintiff's notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff's motion for class certification, to stay class certification, and for relief from briefing requirements will be denied as moot. (Docket #3).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #11) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs; and

**IT IS FURTHER ORDERED** that Plaintiff's motion for class certification, to stay class certification, and for relief from briefing requirements (Docket #3) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 25th day of November, 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge